84 A.3d 262

IN THE MATTER OF DANIEL G. LARKINS, AN ATTORNEY
AT LAW (ATTORNEY NO. 037641983).

February 14, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–155, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **DANIEL G. LARKINS,** formerly of **HACKENSACK,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with an ethics investigation), and good cause appearing;

It is ORDERED that **DANIEL G. LARKINS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.